```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GENE BRODY,                             :
                                        :
                      Plaintiff,        :
                                        :
     - against -                        :      ORDER
                                        :
ISLAND FEDERAL CREDIT UNION, et al.,    :      19 Civ. 02522
                                        :
                                        :
                      Defendants.       :
----------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 9/4/2020**

**VICTOR MARRERO, United States District Judge.**

By Order dated May 13, 2020 the Court denied the motion so deemed by the Court as filed by Defendants to dismiss the Complaint and the motion so deemed by the Court as filed by Plaintiff to dismiss the Counterclaim of defendant Island Federal Credit Union. A review of the Docket Sheet indicates no request for further action by Plaintiff. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by September 11, 2020, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:      September 4, 2020
            New York, New York

_____
Victor Marrero
U.S.D.J.